IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **GINO'S EAST SERVICES LLC,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**FRANCESCO INSERRA,** an individual, **GINO'S PIZZARIA, LTD.,** an Illinois corporation, **GINO'S PIZZA OF CHICAGO LINCOLN PARK, INC.,** an Illinois corporation, and **VIA DUE, INC.** d/b/a **"THE ORIGINAL FAMOUS GINO'S PIZZARIA" AND "GINO'S PIZZA,"** an Illinois corporation,<br><br>　　　　Defendants. | No. 07 C 4808<br><br>The Honorable Amy St. Eve<br><br>Magistrate Judge Martin C. Ashman |

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

Please be advised that on June 27, 2008 the firm name and address of Gordon, Glickman, Flesch & Rosenwein will be changed to:

Glickman, Flesch & Rosenwein
230 West Monroe Street, Suite 800
Chicago, Illinois 60606

The firm's phone number, (312) 346-1080, and fax number, (312) 346-3708, will remain the same. Please update your records accordingly.

　　　　　　　　　　　　　　　　　　　　　　　**FRANK INSERRA** and **GINO'S PIZZARIA, LTD.**


Dated: June 23, 2008　　　　　　　　　　By:  /s/ Thomas D. Rosenwein
　　　　　　　　　　　　　　　　　　　　　　　One of Their Attorneys

Thomas D. Rosenwein, Esq.
**Gordon, Glickman, Flesch & Rosenwein**
140 South Dearborn Street, Suite 404
Chicago, IL  60603

**CERTIFICATE OF SERVICE**

      I hereby certify that I caused a copy of the attached Notice of Change of Firm Name and Address to be served by e-mail pursuant to the provisions of Fed.R.Civ. P. 5(b)(2)(D) on June 23, 2008:

Larry L. Saret, Esq.
Arthur Gollwitzer, III, Esq.
Luke W. DeMarte, Esq.
Michael Best & Friedrich LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, Illinois 60601

                                                   /s/ Thomas D. Rosenwein
                                                   One of the Attorneys for Defendants
                                                   Francesco Inserra and Gino's Pizzaria, Ltd.