IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GINO'S EAST SERVICES LLC, an Illinois limited liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>FRANCESCO INSERRA, an individual, GINO'S PIZZARIA, LTD., an Illinois corporation, GINO'S PIZZA OF CHICAGO LINCOLN PARK, INC., an Illinois corporation, and VIA DUE, INC. dba "THE ORIGINAL FAMOUS GINO'S PIZZARIA" and "GINO'S PIZZA", an Illinois corporation,<br><br>    Defendants. | Civil Action No. 07 cv 4808<br><br>Honorable Amy St. Eve |

### Notice of Agreed Motion

To:   Thomas D. Rosenwein
       Gordon, Glickman, Flesch & Rosenwein
       140 South Dearborn St., Ste 404
       Chicago, IL 60603

    PLEASE TAKE NOTICE that on Monday, July 14, 2008, at 8:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Amy St. Eve, or any judge sitting in her stead, in the courtroom usually occupied by her, in the Dirksen Federal Courthouse, 219 S. Dearborn St., Chicago, Illinois, to present the parties' **Agreed Motion for a Confidentiality Order.**

Dated: July 7, 2008        By:    *s/ Arthur Gollwitzer III*

                                        Larry L. Saret (2459337)
                                              llsaret@michaelbest.com
                                          Arthur Gollwitzer III (6225038)
                                              agollwitzer@michaelbest.com
                                          MICHAEL BEST & FRIEDRICH LLP
                                          Two Prudential Plaza
                                          180 N. Stetson Ave., Ste 2000
                                          Chicago, Illinois 60601
                                          Tel: 312-222-0800

                                          ***Attorneys for Plaintiff,***
                                          ***GINO'S EAST SERVICES LLC***

## Certificate of Service

I, Arthur Gollwitzer III, an attorney of record in this matter, certify that on July 7, 2008, I caused a copy of the following documents:

**Agreed Motion for a Protective Order;** and

**Notice of Agreed Motion**

to be filed by electronic (ECF) filing, which provides service for the following counsel of record:

Thomas D. Rosenwein
Glickman, Flesch & Rosenwein
230 W. Monroe St., Ste 800
Chicago, IL  60606
trosenwein@lawggf.com


*s/ Arthur Gollwtizer III*
Arthur Gollwitzer III